IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JESSICA ANDERSON,

    Plaintiff

v                         Civil: C-1-02-355

AVON PRODUCTS INC.,

    Defendant

## ORDER

The Joint Motion for Extension of Motion Cut Off Dates (#21) is GRANTED.  The Motion deadline in the above styled case is extended to September 24, 2003.

**IT IS SO ORDERED.**

                         **_____s/Herman J. Weber_____**
                         **Herman J. Weber, Senior Judge**
                         **United States District Court**