UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JESSICA ANDERSON,

        Plaintiff

v                              CIVIL ACTION: C-1-02-355

AVON PRODUCTS, INC.,

        Defendant

## AMENDED SCHEDULING ORDER

The Joint Motion for Extension (#23) is GRANTED. The following schedule is hereby entered and shall control the disposition of the above styled case:

(1) All dispositive Pretrial Motions shall be filed by October 31, 2003. Upon filing of a dispositive motion, the movant shall file with the Court and serve upon opposing counsel Proposed Findings of Fact and Conclusions of Law supporting movant's request for relief. Twenty days thereafter, opposing counsel shall file with the Court and serve with its Response to the dispositive motion, a copy of Movant's Proposed Findings of Facts and Conclusions of Law highlighted/underlined in the following manner:

    a) Highlight/underline in **BLUE** those Findings of Fact which are true;

    b) Highlight/underline in **YELLOW** those Findings of Fact which are true but irrelevant or unimportant;

    c) Highlight/underline in **RED** those Findings of Fact which are not true; and

    d) Highlight/underline in **RED** any misstatement of law contained in the Conclusions of Law.

Opposing Counsel may also attach a Counter statement of Findings of Fact and Conclusions of Law.

Within ten days thereafter the movant shall file its Reply. If a Counter

Statement of Findings of Fact and Conclusions of Law has been filed, the movant shall serve upon opposing counsel and attach to its Reply a copy of the Counter Statement of Findings of Fact and Conclusions of Law highlighted/underlined in the manner described above.

(6) Counsel shall file their Proposed Joint Final Pretrial Order by February 5, 2004 and this case shall proceed to trial in the March 2004 trial term.

    **IT IS SO ORDERED.**

                                                **_____S/Herman J. Weber_____**
                                                Herman J. Weber, Senior Judge
                                                United States District Court

*Rev.5/01*