IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JESSICA ANDERSON

      Plaintiff

v                                        Civil: C-1-02-355

AVON PRODUCTS, INC.,

      Defendant

## ORDER

Defendant's Unopposed Motion for Extension of the Dispositive Motion Cut-off Deadline (#25).  The dispositive motion cut-off is extended to November 14, 2003.

**IT IS SO ORDERED.**

_____**s/Herman J. Weber**_____
**Herman J. Weber, Senior Judge**
**United States District Court**