UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
KENNETH J. MURPHY
CLERK

03 NOV 14 PM 1:42

DIST COURT
DIST OHIO
WEST DIV CINCINNATI

| | | |
|---|---|---|
| JESSICA ANDERSON | ) | |
| | ) | |
| Plaintiff, | ) | Case No. C-1-02-355 |
| | ) | |
| vs. | ) | Judge Weber |
| | ) | |
| AVON PRODUCTS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING DEPOSITION TRANSCRIPT

NOW COMES Defendant Avon Products, Inc. ("Avon") and hereby gives notice of the CD/ROM filing of the following depositions:

1. Jessica R. Anderson taken on Thursday, June 5, 2003 in support of Avon's Motion for Summary Judgment with Exhibits;

2. Jessica R. Anderson taken on Tuesday, October 21, 2003 in support of Avon's Motion for Summary Judgment with Exhibits;

3. Mary A. Anderson, RN taken on Tuesday, October 21, 2003 in support of Avon's Motion for Summary Judgment; and

4. Marlene J. Wasson taken on Tuesday, October 21, 2003 in support of Avon's Motion for Summary Judgment.

Respectfully submitted,

/s/ Jeffery L. VanWay
Ellen J. Garling (0043554)
Baker & Hostetler, LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, Ohio 43215
(614) 228-1541

    and

Jeffery L. VanWay (0069175)
BAKER & HOSTETLER, LLP
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202
(513) 929-3400
(513) 929-0303 – Fax
email: jvanway@bakerlaw.com
Trial Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed the foregoing by regular U.S. mail, postage prepaid on this _____ day of November, 2003, to Daniel A. Kruse, Attorney for Plaintiff, 1029 Main Street, Cincinnati, Ohio 45202.

/s/ Jeffery VanWay
Jeffery VanWay

G:\CIdata\blb5734\Avon 83523\Anderson\Pleadings\Notice of Filing Depo Transcripts.doc