IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANDERSON,

    Plaintiff

v                                       Civil: C-1-02-355

AVON PRODUCTS,

    Defendant

## ORDER

The above styled case is before the Court on Defendant's Unopposed Motion for Extension of Time (#27).

The Court upon review of the record GRANTS said Motion. The dispositive motion deadline is hereby extended to November 21, 2003.

**IT IS SO ORDERED.**

                                                                 **s/Herman J. Weber**
                                                                  **Herman J. Weber, Senior Judge**
                                                                  **United States District Court**