IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JESSICA ANDERSON | : | Civil: C-1-02-355 |
| Plaintiff, | : | |
| Vs. | : | |
| AVON PRODUCTS INC., | : | |
| Defendant. | : | |

### AGREED ORDER

Upon the advise of counsel that the parties hereto are in agreement, it is hereby Ordered that the time of the Plaintiff within which to respond to Defendant's Motion for Summary Judgment is extended to and including January 9, 2004.

_/s/ Herman J. Weber_
Herman J. Weber, Senior Judge
United States District Court

_/s/ Daniel A. Kruse_
Daniel A. Kruse (0009201)
1029 Main Street
Cincinnati, Ohio 45202-1205
Telephone: (513) 241-3676

Trial Attorney for Plaintiff

_/s/ Ellen J. Garling per DK_
Ellen J. Garling (0043554)
Baker & Hostetler, LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, Ohio 43215
Telephone: 614-228-1541

Trial Attorney for Defendant