IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANDERSON,

        Plaintiff

v                                  Civil C-1-02-355

AVON,

        Defendant.

## ORDER

Parties are advised that Trial in the above styled case is RESCHEDULED to the July 2004 trial term. Counsel shall file their Joint Pretrial Order on or before June 5, 2004.

**IT IS SO ORDERED.**

                                                         _____s/Herman J. Weber_____
                                                         Herman J. Weber, Senior Judge
                                                         United States District Court

*Rev.5/01*