UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Jessica Anderson | ) | |
| | ) | |
| Plaintiff, | ) | Case No. C-1-02-355 |
| | ) | |
| vs. | ) | Judge Weber |
| | ) | |
| Avon Products, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED ORDER GRANTING DEFENDANT AVON PRODUCTS, INC. AN EXTENSION OF TIME TO FILE REPLY, TOGETHER WITH ITS HIGHLIGHTED VERSION OF PLAINTIFF'S COUNTER FINDINGS OF FACT AND CONCLUSIONS OF LAW**

By agreement of the parties, and with the consent of this Court, it is hereby ordered that the time for Defendant, Avon Products, Inc., to file its Reply, together with its Highlighted Version of Plaintiff's Counter Findings of Fact and Conclusions of Law, is extended up to, and including, February 23, 2004.

SO ORDERED.

S/Herman J. Weber_____
Herman J. Weber
UNITED STATES DISTRICT JUDGE

/s/ Ellen J. Garling
Ellen J. Garling (0043554)
Baker & Hostetler, LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, Ohio 43215
(614) 228-1541
Trial Attorney for Defendant

/s/per telephone authorization 01-29-04////////
Daniel A. Kruse (0009201)
1029 Main Street
Cincinnati, Ohio 45202
(513) 241-3676
Trial Attorney for Plaintiff

2

G:\CIdata\blb5734\Avon 83523\Anderson\Pleadings\Agreed Order.Reply.doc

Case 1:02-cv-00355-MHW  Document 38  Filed 02/02/2004  Page 2 of 2