UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANDERSON,

        Plaintiff

v.                                    C-1-02-355

AVON,

        Defendant

### ORDER OF REFERENCE

    Pursuant to Western Division Rule 1 and 28 U.S.C. § 636 and with the agreement of counsel, the above styled case is hereby referred to Judge Timothy S. Black, United States Magistrate to conduct a Settlement Conference.

    Counsel are advised that Trial in the above styled case is **RESCHEDULED** to the November 2004 trial term. Counsel shall file their Joint Pretrial Order on or before October 5, 2004.

    IT IS SO ORDERED.

                                      s/Herman J. Weber
                              Herman J. Weber, Senior Judge
                              United States District Court