UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JESSICA ANDERSON,

    Plaintiff

    v.                    CIVIL: c-1-02-355

AVON PRODUCTS,

    Defendant

ORDER OF TRANSFER

The above-entitled case is transferred from the docket of The Honorable Herman J. Weber to the docket of The Honorable Michael H. Watson.

**IT IS SO ORDERED.**

_____
Herman J. Weber, Senior Judge
United States District Court