UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Jessica Anderson | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. C-1-02-355 |
| | ) | |
| Avon Products, Inc. | ) | Judge Watson |
| | ) | |
| Defendant. | ) | Magistrate Judge Black |

### STIPULATION AND ORDER OF DISMISSAL

The parties having reached agreement in resolution of this matter, Plaintiff's Complaint is hereby dismissed with prejudice to refiling. Plaintiff shall pay Court costs.

IT IS SO ORDERED.

_____
Judge Watson

APPROVED:

_____
Daniel A. Kruse (0009201)
1029 Main Street
Cincinnati, OH 45202
(513) 241-3676

Attorney for Plaintiff

6

*[signature]*

Ellen J. Garling (0043554)
BAKER & HOSTETLER LLP
65 East State Street, Suite 2100
Columbus, Ohio 43215
(614) 228-1541

Attorney for Defendant
Avon Products, Inc.