# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Jessica Anderson,                         :
    Plaintiff(s),

                    :

        v.                              :      Case Number:    1:02cv355
                            **Termination Date**:  December 9, 2004

Avon Products, Inc.,                      :
    Defendant(s).

---

## NOTICE OF COUNSEL

---

    I hereby acknowledge receipt of exhibits and depositions filed in the above-styled case.

    Defendant's Depositions:
        Jessica R. Anderson (Vol. 1 & 11)

_12 SEP 05_____

**DATE**
bac    September 12, 2005

                             Counsel for the Defendant